26-1444

SECT. AMAG.2

AO 241
(Rev. 10/07)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Eastern District of Louisiana |
|---|---|

| Name (under which you were convicted): LIONEL DAVIS | Docket or Case No.: 552-281 |
|---|---|

| Place of Confinement: ORLEANS JUSTICE CENTER (OJC) | Prisoner No.: 2546346 |
|---|---|

| Petitioner (include the name under which you were convicted) LIONEL DAVIS | Respondent (authorized person having custody of petitioner) v. SHERIFF M. WOLFOLK |
|---|---|

The Attorney General of the State of  LOUISIANA

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    CRIMINAL DISTRICT COURT, PARISH OF ORLEANS

    (b) Criminal docket or case number (if you know): 552-281 · SECTION "L"

2.  (a) Date of the judgment of conviction (if you know): FEBRUARY 23, 2025

    (b) Date of sentencing: APRIL 23, 2025

3.  Length of sentence: TWO (2) YEARS

4.  In this case, were you convicted on more than one count or of more than one crime?   ☐ Yes   ☒ No

5.  Identify all crimes of which you were convicted and sentenced in this case:

    FAILURE TO REGISTER AND NOTIFY AS A SEX OFFENDER IN VIOLATION OF LA.R.S. 15:542.1.4 (A) (1).

6.  (a) What was your plea? (Check one)

    ☒ (1)   Not guilty        ☐ (3)   Nolo contendere (no contest)

    ☐ (2)   Guilty            ☐ (4)   Insanity plea

AO 241
(Rev. 10/07)

Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

☒ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☒ No

8.    Did you appeal from the judgment of conviction?

☒ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court: *COURT OF APPEAL, FOURTH CIRCUIT*

(b) Docket or case number (if you know): *2025-KA-0460*

(c) Result: *AFFIRMED*

(d) Date of result (if you know): *APRIL 13, 2026*

(e) Citation to the case (if you know):

(f) Grounds raised: *WHETHER RETROACTIVE APPLICATION OF LSA-R.S. 15:542 VIOLATED THE EX POST FACTO CLAUSES OF THE FEDERAL AND STATE CONSTITUTION?*

(g) Did you seek further review by a higher state court?    ☒ Yes    ☐ No

If yes, answer the following:

(1) Name of court: *SUPREME COURT OF LOUISIANA*

(2) Docket or case number (if you know): *2026-KO-00556*

(3) Result: *PENDING*

(4) Date of result (if you know): *N/A*

⟡AO 241
(Rev. 10/07)

(5) Citation to the case (if you know):

(6) Grounds raised: *THE DECISION OF THE COURT OF APPEAL, FOURTH CIRCUIT CONFLICTED WITH THE DECISION OF THE COURT OF APPEAL, FIRST CIRCUIT ON THE SAME LEGAL ISSUE.*

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☒ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☒ Yes  ☐ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: *CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS*

(2) Docket or case number (if you know): *552-291 SECTION: "L"*

(3) Date of filing (if you know): *FEBRUARY 18, 2026*

(4) Nature of the proceeding: *APPLICATION FOR A WRIT OF HABEAS CORPUS*

(5) Grounds raised:

*HIS ORIGINAL CUSTODY WAS LAWFUL BUT BECAUSE OF THE DENIAL TO HIS DIMINUTION OF HIS SENTENCE FOR GOOD BEHAVIOR, HIS CUSTODY HAD BECOME UNLAWFUL.*

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☒ No

(7) Result: *N/A*

(8) Date of result (if you know): *N/A*

AO 241
(Rev. 10/07)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☒ No

(7) Result: ~~███████~~

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☒ Yes    ☐ No

(2) Second petition:    ☐ Yes    ☐ No

(3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: HE CONTENDS THAT THE TRIAL COURT IMPROPERLY REFUSED TO GRANT THE WRIT OF HABEAS CORPUS ON THE GROUND THAT HIS ORIGINAL CUSTODY WAS LAWFUL BUT BECAUSE OF THE DENIAL OF ~~████████████████████████████████████████~~ HIS DIMINUTION OF SENTENCE FOR GOOD BEHAVIOR, HIS CUSTODY HAD BECOME UNLAWFUL AND, THEREFORE, IN VIOLATION OF DUE PROCESS GUARANTEES OF THE FEDERAL CONSTITUTION.

(a) SUPPORTING FACTS: HE ARGUES THAT THE DECISION OF THE PAROLE BOARD REVOKING HIS DIMINUTION OF SENTENCE IS NULL AND VOID AND WITHOUT EFFECT. HE CONTENDS THAT THE SUPERVISION UPON RELEASE IMPOSED ON HIM AFTER DIMINUTION OF SENTENCE FOR GOOD BEHAVIOR ON OCTOBER 21, 2025, VIOLATED HIS RIGHT TO DUE PROCESS.

(b) If you did not exhaust your state remedies on Ground One, explain why:

AO 241
(Rev. 10/07)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: *I WAS NOT CONTESTING THE VALIDITY OF MY CONVICTION OR SEEKING TO HAVE MY SENTENCE SET ASIDE.*

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *HABEAS CORPUS*

Name and location of the court where the motion or petition was filed: *CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS*

Docket or case number (if you know): *552-281 SECTION: "L"*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☒ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☒ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *COURT OF APPEAL, FOURTH CIRCUIT*

Docket or case number (if you know): *2026-K-0196*

Date of the court's decision: *MARCH 17, 2026*

Result (attach a copy of the court's opinion or order, if available): *ATTACHED*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241
(Rev. 10/07)                                                                    Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:   *HABEAS CORPUS*

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)    **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?          ☐  Yes    ☐  No

   (2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

       ☐  Yes    ☐  No

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition:

   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know):

   Date of the court's decision:

AO 241
(Rev. 10/07)

Page 13

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☑ Yes      ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

(b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them:

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?        ☐ Yes     ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?       ☑ Yes     ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised. LOUISIANA SUPREME COURT, NO: 2026-KH-00461, HABEAS CORPUS, HIS ORIGINAL CUSTODY WAS LAWFUL BUT BECAUSE OF THE DENIAL TO HIS DIMINUTION OF HIS SENTENCE FOR GOOD BEHAVIOR, HIS CUSTODY HAD BECOME UNLAWFUL.

AO 241
(Rev. 10/07)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:  N/A

(b) At arraignment and plea:  N/A

(c) At trial:  N/A

(d) At sentencing:  N/A

(e) On appeal:  N/A

(f) In any post-conviction proceeding:  N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:  N/A

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        ☐ Yes    ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?        ☐ Yes    ☐ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241
(Rev. 10/07)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:  *IMMEDIATE RELEASE FROM FURTHER CUSTODY.*

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on  06/24/26  (month, date, year).

Executed (signed) on    24 JUNE 2026   (date).

_____

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.