CORRECTED COPY

## NO. 2026-K-0196

## COURT OF APPEAL, FOURTH CIRCUIT

## STATE OF LOUISIANA

### STATE OF LOUISIANA

### VERSUS

### LIONEL DAVIS A/K/A LIONEL BAILEY

IN RE:             LIONEL DAVIS A/K/A LIONEL BAILEY

APPLYING FOR: EMERGENCY REVIEW

DIRECTED TO:   HONORABLE ANGEL HARRIS
CRIMINAL DISTRICT COURT ORLEANS PARISH
SECTION "L", 552-281

**WRIT DENIED**

Relator-Defendant, Lionel Davis aka Lionel Bailey, seeks emergency mandamus relief based on the district court's failure to act on a writ of habeas corpus allegedly mailed to the district court on February 18, 2026. This writ application is duplicative. On January 13, 2026, this Court ordered the district court to act on a writ of habeas corpus asserting the same grounds at issue in the February 2026 writ of habeas corpus.[1] The Clerk Connect - Orleans Parish system reflects that the district court complied with this Court's order and denied Relator's writ of habeas corpus on January 14, 2026. Accordingly, this writ is denied.

New Orleans, Louisiana this 17th day of March, 2026.

KKH

_____

JUDGE KAREN K. HERMAN

RDJ

_____

JUDGE RACHAEL D. JOHNSON

NEK

_____

JUDGE NAKISHA ERVIN-KNOTT

_____
[1] *See State v. Davis*, 2025-K-0789