LIONEL DAVIS #CS46346
ORLEANS JUSTICE CENTER 1B
3000 PERDIDO ST.
NEW ORLEANS, LA 70119

24 JUNE 2026

CAROL L. MICHEL, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS ST. RM # C-151
NEW ORLEANS, LA 70130

RE: PETITION UNDER 28 U.S.C. § 2254

Dear Honorable Clerk:

Enclosed herewith, please find a "PETITION FOR WRIT OF HABEAS CORPUS" and a certified ledger sheet from the Orleans Justice Center showing at least the past six (6) months' transactions, for filing in your court.

Please be advised that I have removed any pages that were irrelevant to this filing and that I would very much appreciate you informing me of any disposition by your court on the said petition as soon as possible.

With best regards, I am

Sincerely,