LIONEL DAVIS # 2346346
ORLEANS JUSTICE CENTER 1B
3000 PERDIDO ST.
NEW ORLEANS, LA 70119

Filed 07/06/26    Document 1-4    v-01444-JCZ-DPC

- OFFICE OF THE CLERK -
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS ST.  RM# C-151
NEW ORLEANS, LA  70130



RECEIVED

JUL 06 2026    SNS

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEPUTY CLERK

Uncensored - OPSO
not responsible for contents