**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LIONEL DAVIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1444** |
| **MICHELLE WOODFORK, ET AL.** | **SECTION "A" (2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no meritorious objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Lionel Davis's Motion for Summary Judgment (ECF No. 8) is **DENIED**.

September 16, 2026

**UNITED STATES DISTRICT JUDGE**