**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LIONEL DAVIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1444** |
| **MICHELLE WOODFORK, ET AL.** | **SECTION "A" (2)** |

**ORDER**

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judges, and the objection filed by the petitioner, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Lionel Davis's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

October 16, 2026

**UNITED STATES DISTRICT JUDGE**